UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RAYMOND VASQUEZ,
    Plaintiff,
v.                                                                                       05-3298

TERRY POLK, Administrative Warden,
JEAN DOE, Medical Administrator, and
JOHN DOE, M.D.,
    Defendants.

### Order Dismissing Case

The plaintiff has not responded to the court orders directing him to file his current address and completed service forms, despite being warned that failure to do so would result in summary dismissal of his case.

IT IS THEREFORE ORDERED that this case is dismissed, without prejudice, for failure to comply with court orders. All pending motions are denied as moot (d/e's 1, 2), and this case is closed.

Entered this  7th  Day of  March , 2006.

**s\Harold A. Baker**

HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE